IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANN MARIE ADDISON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 13-0192-KD-C |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 28, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 16th day of September 2013.

    s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**