# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ANN MARIE ADDISON, | : |
| Plaintiff, | : |
| vs. | :     CA 13-0192-KD-C |
| CAROLYN W. COLVIN, Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 28, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 16th day of September 2013.

                                             s/ Kristi K. DuBose
                                             **KRISTI K. DuBOSE**
                                             **UNITED STATES DISTRICT JUDGE**